

# Fourth Court of Appeals
## San Antonio, Texas

November 5, 2015

No. 04-14-00338-CR

Benny Cavazos **VALVERDE,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR3980
Honorable Melisa Skinner, Judge Presiding

# O R D E R

After this appeal was abated to the trial court for the appointment of an attorney *pro tem* to represent the State, Mr. Edward F. Shaughnessy was appointed. By order dated September 2, 2015, this appeal was reinstated on the docket of this court, and Mr. Shaughnessy was ordered to file the State's brief by September 21, 2015.

On September 29, 2015, in response to an informal inquiry by this court regarding the status of the brief, Mr. Shaughnessy filed a motion for extension of time to file the brief. The motion was granted, and the deadline for filing the State's brief was extended to October 30, 2015.

As of this date, the State's brief has not been filed. It is therefore ORDERED that the State's brief be filed no later than November 23, 2015. If the State's brief is not filed by that date, the appeal will be set at issue and set for submission without a State's brief.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of November, 2015.



_____

Keith E. Hottle
Clerk of